AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Susan M. Capozzoli, individually and on behalf of all other similarly situated,

V.

RBC Dain Rauscher, Inc., John Does 1-50 & ABC Corporations 1-50

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11200

TO: (Name and address of Defendant)

RBC Dain Rauscher, Inc.
c/o C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lovell Stewart Halebian LLP
500 Fifth Avenue
58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  DEC 12 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/19/2007 |
| NAME OF SERVER (PRINT) Travis Carter | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Served on Aixa Flores of C T CORPORATION SYSTEM, 111 Eighth Avenue, New York, New York, 10011

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $4.00 | SERVICES | TOTAL $4.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/19/2007         *[signature]*
               Date                Signature of Server

                         500 Fifth Avenue, 58th Fl., New York, NY, 10110
                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.