Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

Sara Gordon
Associate
212.309.6232
sgordon@morganlewis.com



RECEIVED
JAN -8 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**Morgan Lewis**
COUNSELORS AT LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

January 8, 2008

**VIA FACSIMILE (212) 805-7924**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:  Susan M. Capozzoli v. RBC Dain Rauscher, Inc., John Does 1-50, and ABC Corporations 1-50, 07 Civ. 11200 (SHS) (FM)

Dear Judge Stein:

We represent Defendant RBC Rauscher, Inc. ("RBC") in the above-referenced matter. We write to respectfully request an extension of RBC's time to answer, move or otherwise respond to Plaintiff's Class Action Complaint (the "Complaint") from January 10, 2008 to February 18, 2008. This extension is requested due to the recent holiday season and the fact that undersigned counsel has only recently been retained in this matter. Plaintiff's counsel has kindly consented to this request and no prior extension to respond to the Complaint has been requested.

Thank you for your consideration of this request.

Sincerely,

Sara Gordon

c: John Halebian, Esq.
   Sari M. Alamuddin, Esq.

SO ORDERED 1/14/08

SIDNEY H. STEIN
U.S.D.J.

1-NY/2265064.2