```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| SUSAN M. CAPOZZOLI, | : | 07 Civ. 11200 (SHS) |
| Plaintiff, | : | |
| -against- | : | <u>ORDER</u> |
| RBC DAIN RAUSCHER, INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today, with counsel for all parties present,

  IT IS HEREBY ORDERED that:

  1. The next conference is scheduled for February 22, 2008, at 10:00 a.m.; and

  2. The last day for defendants to respond to the complaint is extended to

February 29, 2008.

Dated: New York, New York
   February 8, 2008

              SO ORDERED:

              _____
              Sidney H. Stein, U.S.D.J.