

RECEIVED
MAR 14 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

LOVELL STEWART HALEBIAN LLP
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

TELEPHONE (212) 608-1900
FACSIMILE (212) 719-4677

JOHN HALEBIAN
DIRECT TELEPHONE (212) 981-6760
DIRECT TELECOPIER (212) 208-6806
E-MAIL jhalebian@lshllp.com

March 14, 2008

VIA FACSIMILIE (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

RE: *Capozzoli v. RBC Dain Rauscher, Inc, et al*
07 CIV 11200 (SHS) (FM)

Dear Judge Stein:

We represent the plaintiff in this litigation and write on behalf of both plaintiff and defendants to request that the Court correspondingly extend the time for defendants to respond to the complaint for the same two week period by which the pre-trial conference that was scheduled for this past Friday March 7, 2008 was adjourned to March 21, 2008. The parties expect to submit a proposed order and stipulation to the Court before the next conference that transfers this litigation to the federal court in Minnesota. Accordingly, the parties request that the Court extend defendants' time to respond to the complaint from March 14, 2008 to March 28, 2008, i.e. one week after the presently scheduled pre-trial conference in order to preserve the status quo. *No further adjournments.*

Respectfully submitted,

John Halebian
Counsel for Plaintiff

cc: Sari M. Alamuddin, Esq. (via email)
Counsel for Defendants

SO ORDERED 3/14/08

SIDNEY H. STEIN
U.S.D.J.