**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 309-6000
*ATTORNEYS FOR RBC DAIN RAUSCHER, INC.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

SUSAN M. CAPOZZOLI, individually, and on
behalf of all others similarly situated,

        Plaintiffs,

      -against-

                            CASE NO. 07-CV-11200 (SHS) (FM)

RBC DAIN RAUSCHER, INC., JOHN DOES
1-50 (said names being fictitious individuals),
and ABC CORPORATIONS 1-50 (said names
being fictitious companies, partnerships, joint
ventures and/or corporations),

        Defendants.

------------------------------------------ X

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS,   on December 12, 2007,  Plaintiff commenced a proceeding against RBC in

the United States District Court for the Southern District of New York, entitled *Capozzoli v. RBC*

*Dain Rauscher, Inc.*, Case No. 07-cv-11200 (SHS)(FM) (the "Capozzoli Action"). The

Capozzoli Action is a putative nationwide collective action and New York state class action

alleging overtime violations under the federal Fair Labor Standards Act ("FLSA") and New

York state wage and hour laws.  This lawsuit alleges that RBC Dain misclassified current and

former "securities brokers" as exempt from overtime pay provisions and made illegal deductions

from their pay.

1-CH/100460.1

WHEREAS,  the Capozzoli Action is the fourth in a series of cases challenging the

exempt status of RBC's Financial Consultants and seeking unpaid overtime under the FLSA and

various state laws. *Volkoff et al. v. RBC Dain Rauscher*, No. 06-CV-3093 (D. Minn.) was filed

in the United States District Court for the District of Minnesota on July 24, 2006. *David v. RBC*

*Dain Rauscher et al.*, was filed in the Superior Court of the State of California on July 27, 2006

(BC256065),  removed to the United States District Court for the Central District of California

on September 18, 2006 (No. CV-06-05941 (C.D. Ca.)), and  transferred to United States District

Court for the District of Minnesota on November 3, 2006. *Kennedy et al. v. RBC Dain Rauscher*

*et al.*,  was filed in the Superior Court of the State of California on Oct. 18, 2006 (BC360586),

removed to the United States District Court for the Central District of California on November

22, 2006 (No. CV-06-7475 (C.D. Ca.)), and transferred to the United States District Court for the

District of Minnesota on January 26, 2007.

WHEREAS,   by order dated May 11, 2007, *Volkoff, David* and *Kennedy* were

consolidated into *In Re RBC Dain Rauscher Overtime Litigation*, Master File No. 06-03093

("Consolidated Minnesota Action"). The Consolidated Minnesota Action now sits in front of

United States District Court Judge Tunheim and Magistrate Judge Noel.

WHEREAS, the Defendant agrees to share all discovery already produced in the

Consolidated Minnesota Action with the Plaintiff, within fourteen (14) business days of the

transfer of this action, contingent upon Plaintiff agreeing to abide by confidentiality provisions

already in place.

WHEREAS, the Plaintiff reserves her right to seek to modify the Amended Pretrial Order

No. 1 so ordered May 10, 2007 and entered in the District Court in Minnesota once this case is

Received:
Mar-20-2008  15:31    From-LSHLLP                        Mar-20-2008-02:55pm
                                                212 718 4677      T-296  P.004/004  F-804

transferred to Minnesota and Defendant reserves the right to oppose any modification of the

aforementioned Pretrial Order.

NOW THEREFORE, in consideration of the foregoing, the terms and undertakings set

forth below, the parties stipulate that this Court transfer the Action to the District of Minnesota

for consolidation with the Consolidated Minnesota Action.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant
RBC Dain Rauscher

By: _____
Christopher Parlo

Dated: March 20 2008

LOVELL STEWART HALEBIAN LLP
Attorneys for Plaintiff
Susan M. Capozzoli

By: _____
John Halebian

Dated: March 20, 2008

IT IS HEREBY ORDERED that *Capozzoli v. RBC Dain Rauscher, Inc.*, Case No. 07-cv-
11200 (SHS)(FM) will be transferred to the United States District Court for the District of
Minnesota for the Consolidation with *In Re RBC Dain Rauscher Overtime Litigation*, Master
File No. 06-03093. Any deadline for Defendant to answer or otherwise respond to Plaintiff's
complaint will be stayed until the time that the transferee Court sets a time for such an answer or
pleading.

**SO ORDERED:**

Dated: ___3/21___, 2008

_____
United States District Court Judge for the
Southern District of New York,
Honorable Judge Sidney H. Stein

I-CH/209460.3                                3